Viateur **COMMEREE, Petitioner,**

v.

**OFFICE OF COMPLIANCE,**
**Respondent,**

and

**Office of Architect of the**
**Capitol, Respondent.**

No. 04–6001.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2004.

Before BRYSON, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36